AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lipp, Wendelin I. | 2. Court or Organization<br><br>Maryland- Bankruptcy Court | 3. Date of Report<br><br>04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active US Bankrupty Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>6500 Cherrywood Lane<br>Third Floor<br>Greenbelt, Maryland 20770 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Walter Chandler American Bankruptcy Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BANKRUPTCY BAR ASSOCIATION FOR THE DISTRICT OF MARYLAND ANNUAL SEMINAR | May 2011 | Annapolis, Maryland | Seminar Speaker | FOOD AND 1 NIGHT STAY AT HOTEL |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | APRIL 1-2, 2011 | OXON HILL, MD | SEMINAR SPEAKER | FOOD, PARKING, AND 1 NIGH STAY AT HOTEL |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property Montgomery County, MD ($148,000) | D | Rent | M | S | | | | | |
| 2. GE-common | C | Dividend | L | T | | | | | |
| 3. United Tech-common | D | Dividend | M | T | | | | | |
| 4. | C | Distribution | L | U | | | | | |
| 5. | A | Distribution | J | U | | | | | |
| 6. 401K | | | | | | | | | |
| 7. SWMXX | A | Dividend | M | T | | | | | |
| 8. EUEYX | A | Dividend | J | T | | | | | |
| 9. JENSX | A | Dividend | J | T | | | | | |
| 10. BJBIX | A | Dividend | J | T | | | | | |
| 11. Capital One Bank f/k/a Chevy Chase Bank-Various Accounts | B | Interest | M | T | | | | | |
| 12. Acacia Whole Life Insuranc policy | A | Dividend | J | T | | | | | |
| 13. Acacia Whole Life Insurance policy | A | Dividend | K | T | | | | | |
| 14. AIG Sun America | A | Interest | J | T | | | | | |
| 15. Willets Shoes-common | | None | J | U | | | | | |
| 16. IRA#1 | | | | | | | | | |
| 17. Citibank NA, Bank Deposit Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AGDAX | | None | K | T | Buy (add'l) | 01/18/11 | J | | |
| 19. SGOVX | | None | K | T | Buy (add'l) | 01/18/11 | J | | |
| 20. GEMAX | | None | K | T | | | | | |
| 21. HFLAX | | None | K | T | Buy (add'l) | 01/18/11 | K | | |
| 22. LALDX | | None | K | T | | | | | |
| 23. PONAX | | None | K | T | | | | | |
| 24. TPINX | | None | K | T | | | | | |
| 25. UTS FTP, Preferred Inc | | None | K | T | | | | | |
| 26. UTS FTP, International High Dividend Equity | | None | K | T | | | | | |
| 27. UTS FTP, High Dividend Equity | C | Dividend | K | T | | | | | |
| 28. UTS, FTP, SMID Capital Strength | | None | J | T | Buy | 01/18/11 | J | | |
| 29. UTS, GUGG, Series 11 Zacks | B | Dividend | J | T | Buy | 01/18/11 | J | | |
| 30. IRA#2: | | | | | | | | | |
| 31. Oppenheimer Value Fund (CGRWX) | A | Dividend | J | T | | | | | |
| 32. Growth Fund of America MF | A | Dividend | J | T | | | | | |
| 33. Washington Mutual Investors Fund MT | A | Dividend | J | T | | | | | |
| 34. Nasdaq 100 Trust/Powershares QQQQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock US Opportunities Portfolio Class A | A | Dividend | J | T | | | | | |
| 36. Cohen & Steers Intl Realty Fund CL A | A | Dividend | J | T | | | | | |
| 37. Allianz RCM Global Technology-MF | | None | K | T | | | | | |
| 38. Goldman Sachs Mid Value Fund-MF | A | Dividend | J | T | | | | | |
| 39. Ivy Asset Strategy Fund Class A | A | Dividend | J | T | | | | | |
| 40. Jennison 20/20 Focus Fund-MF | | None | K | T | Sold (part) | 02/07/11 | J | | |
| 41. Oppenheimer Value Fund Class A | A | Dividend | J | T | | | | | |
| 42. Oppenheimrer Amt-Free Municipals FD CL A | A | Interest | J | T | | | | | |
| 43. The Growth Fund of America-MF | A | Dividend | K | T | Sold (part) | 01/07/11 | J | | |
| 44. LMP Short Duration Muni Income Fund | A | Interest | K | T | | | | | |
| 45. UTS FTP Int'l High Dividend Equity Portfolio | B | Dividend | L | T | | | | | |
| 46. UTS FTP High Div Equity Portfolio | A | Dividend | K | T | | | | | |
| 47. UTS FTP Strat Income Plus | A | Dividend | | | Sold | 10/05/11 | J | | |
| 48. | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 49. New Perspective Fund A | A | Dividend | K | T | Sold (part) | 01/07/11 | J | | |
| 50. Fundamental Investors A | A | Dividend | K | T | Sold (part) | 01/07/11 | J | | |
| 51. Citigroup SmithBarney Various Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alpine Global Premier Fund | A | Dividend | J | T | | | | | |
| 53. UTS FTP, SMID Capital Strength Portfolio | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 54. DE | A | Dividend | J | T | | | | | |
| 55. EEP | A | Dividend | J | T | | | | | |
| 56. FTSIPCE15R | A | Dividend | J | T | | | | | |
| 57. FAM | A | Dividend | J | T | | | | | |
| 58. JOY | A | Dividend | J | T | | | | | |
| 59. STXAX | A | Dividend | K | T | | | | | |
| 60. | A | Interest | | | | | | | |
| 61. MFC | A | Dividend | J | T | | | | | |
| 62. NYX | A | Dividend | J | T | | | | | |
| 63. JTD | A | Dividend | J | T | | | | | |
| 64. ONEOK Partners LP | A | Dividend | J | T | | | | | |
| 65. Pimco Total Return Fund (PTTAX) | A | Dividend | J | T | | | | | |
| 66. PGHYX | A | Dividend | K | T | | | | | |
| 67. XLK | A | Dividend | K | T | | | | | |
| 68. SPH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TPINX | A | Dividend | K | T | | | | | |
| 70. RIG | A | Dividend | J | T | | | | | |
| 71. CIBCX | A | Dividend | J | T | | | | | |
| 72. IGD | A | Dividend | J | T | | | | | |
| 73. DVY | A | Dividend | J | T | | | | | |
| 74. MOO | A | Dividend | J | T | | | | | |
| 75. QQQ | A | Dividend | J | T | | | | | |
| 76. Baltimore Co MD Metro Dist. Coupon 5% | A | Interest | | | Sold | 06/01/11 | J | | |
| 77. _____ #2: | | | | | | | | | |
| 78. GE | A | Dividend | J | T | | | | | |
| 79. Jennison 20/20 Focus Fund | | None | K | T | | | | | |
| 80. Goldman Sachs Mid Value Fund | A | Dividend | J | T | | | | | |
| 81. Chevy Chase Bank-various accounts | A | Interest | J | T | | | | | |
| 82. Citigroup Smith Barney Money Market | | None | J | T | | | | | |
| 83. _____ #1 | | | | | | | | | |
| 84. GE | A | Dividend | J | T | | | | | |
| 85. Jennison 20/20 Focus Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Goldman Sachs Mid Value Fund | A | Dividend | J | T | | | | | |
| 87. Citigroup Smith Barney Money Market | | None | J | T | | | | | |
| 88. TRUSTEE: | | | | | | | | | |
| 89. FTR | A | Dividend | J | T | | | | | |
| 90. MO | A | Dividend | J | T | | | | | |
| 91. NEE | A | Dividend | K | T | | | | | |
| 92. GE | A | Dividend | J | T | | | | | |
| 93. KFT | A | Dividend | J | T | | | | | |
| 94. PM | A | Dividend | K | T | | | | | |
| 95. UTX | A | Dividend | K | T | | | | | |
| 96. VZ | B | Dividend | K | T | | | | | |
| 97. WM | A | Dividend | J | T | | | | | |
| 98. WGL | B | Dividend | K | T | | | | | |
| 99. CD KEY BANK N.A. | A | Interest | K | T | | | | | |
| 100. CD GE MONEY BANK | B | Interest | K | T | | | | | |
| 101. CD GE CAPITAL FINANCIAL | B | Interest | K | T | | | | | |
| 102. CD DISCOVER BANK | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SAINT MARYS CNTY MD CNTY | A | Interest | J | T | | | | | |
| 104. MANLX | A | Dividend | J | T | | | | | |
| 105. PIFCX | A | Dividend | K | T | | | | | |
| 106. NHMCX | A | Dividend | K | T | | | | | |
| 107. ML CMA ACCOUNT | A | Interest | L | T | | | | | |
| 108. PRFCX | C | Dividend | L | T | | | | | |
| 109. XLP | A | Dividend | J | T | | | | | |
| 110. XLU | A | Dividend | J | T | | | | | |
| 111. CD AMERICAN CHARTERED BANK | A | Interest | | | Redeemed | 04/25/11 | K | | |
| 112. CD KEY BANK N.A. | B | Interest | K | T | | | | | |
| 113. CD GE CAPITAL FINANCIAL | B | Interest | K | T | | | | | |
| 114. CD GOLDMAN SACHS BANK USA | B | Interest | K | T | | | | | |
| 115. NM HOUSEHOLD FIN CORP BE | A | Interest | | | Redeemed | 04/15/11 | K | | |
| 116. NM BANK AMERICA CORP BE | A | Interest | K | T | | | | | |
| 117. XOM | A | Int./Div. | K | T | | | | | |
| 118. EMR | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lipp, Wendelin I. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

No.1: The tax assessment is $148,000.

No. 75 : Inherited _____ 1/19/10 and 5/10/10 and inadvertantly omitted from last year's report.

No. 89: This asset was inadvertantly omitted from the last 2 reports. The fund was purchased prior to my assuming responsibility as Trustee.

No. 82 and 87: These are pass through accounts in which to deposit new transactions for the purchase or sale of assets. No interest accrued and no funds in the account at the end of the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendelin I. Lipp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544